**Appeal Dismissed and Memorandum Opinion filed August 15, 2024.**



**In The**

**Fourteenth Court of Appeals**

**NO. 14-24-00334-CV**

**FRANCISCO J. RODRIGUEZ, Appellant**

**V.**

**EXODUS TITLE, LLC, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-75436**

**MEMORANDUM OPINION**

This is an attempted appeal from an order denying cross-plaintiff's motion to compel and sanctions. Although appellant characterizes it as a permissive appeal, the record does not contain the trial court's written order permitting an appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d). Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders

remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The trial court has not disposed of all pending claims and parties.

On June 7, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before June 17, 2024. *See* Tex. R. App. P. 42.3(a). Appellant did not respond.

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.